No. 867. BARRON v. RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 868. WILSON v. ILLINOIS. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 869. KEENE v. ILLINOIS. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 872. ROSS v. RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 882. BRANIC v. WHEELING STEEL CORP. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Edward G. Bothwell* for petitioner. *J. R. Dickie* for respondent.

No. 895. TAIT v. RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 896. HIGGINS v. PARKER, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 897. SAIN v. RAGEN, WARDEN. April 1, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.